**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1727**

GERALD O. DEEL,

       Plaintiff - Appellant,

    v.

HOME DEPOT USA, INCORPORATED; ESTES EXPRESS LINES,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior District Judge.  (7:09-cv-02817-GRA)

Submitted:  October 19, 2010      Decided:  October 25, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald O. Deel, Appellant Pro Se.  Larry Dwight Floyd, Jr., Lawrence Michael Hershon, PARKER, POE, ADAMS & BERNSTEIN, LLP, Columbia, South Carolina; Charles Edward Raynal, IV, PARKER, POE, ADAMS & BERNSTEIN, LLP, Raleigh, North Carolina; Thomas Lynn Ogburn, III, POYNER SPRUILL, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald O. Deel appeals the district court's order adopting the report and recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Deel v. Home Depot USA, Inc., No. 7:09-cv-02817-GRA (D.S.C. filed May 26, 2010 & entered May 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED